■ In the Matter of MARCELINO GARCIA, Appellant, v BRIAN S. FISCHER, Respondent. [880 NYS2d 503]—Proceeding pursuant to CPLR article 78 to review a determination of the Director of the Special Housing/Inmate Disciplinary Program of the New York State Department of Correctional Services dated March 23, 2007, which confirmed a determination of a Hearing Officer dated December 15, 2006, made after a tier III disciplinary hearing, finding that the petitioner violated institutional rules prohibiting assault on an inmate and possession of a weapon, and imposing penalties.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

The determination is supported by substantial evidence (*see People ex rel. Vega v Smith,* 66 NY2d 130, 139 [1985]). The petitioner's remaining contentions are without merit (*see Matter of Couch v Goord,* 255 AD2d 720, 722 [1998]; *Matter of Bryant v Coughlin,* 77 NY2d 642, 650 [1991]; *Matter of Samuel v Fischer,* 53 AD3d 960 [2008]; *Matter of Adorno v Goord,* 35 AD3d 930 [2006]). Mastro, J.P., Miller, Chambers and Austin, JJ., concur.